# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolf, Mark L | District of Massachusetts | 05/14/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1 Courthouse Way Suite 5110<br>Boston, MA 02210 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman Emeritus, Director | Albert Schweitzer Fellowship |
| 2. Chair | John William Ward Fellowship |
| 3. Trustee | ████ Personal Residence Trust |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 19 A 9: 46 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L | 05/14/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 10/15/07 | U.S. Department of State Honorarium Donated to Charity | $ 400 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Patent Law Association | 3/23 | NY, NY | Dinner for Fed. Judiciary | (Transportation, Food, Lodging) |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L | 05/14/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Alan Dershowitz | 2 Boston Celtics Tickets | $ 300.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity USA (Money Market) | C | Dividend | L | T | | | | | |
| 2. Fidelity Fund (Mutual) | A | Dividend | | | sold | 5/24 | L | F | |
| 3. Bank of America (Checking) | A | Interest | K | T | | | | | |
| 4. Bank of America ( Savings ) | A | Interest | K | T | | | | | |
| 5. Fidelity Fund (Mutual) | A | Dividend | | | sold | 5/29 | M | G | |
| 6. Atlantic Whiteall  G.F. (Mutual) | F | Distribution | N | T | part sold | 5/4 | K | E | & 5/29 |
| 7. AIM Liquid Asset Money Market Fund (Money Market) | A | Interest | J | T | | | | | |
| 8. AIM Liquid Asset Money Market Fund (Money Market) | A | Interest | J | T | | | | | |
| 9. Atlantic Whitehall Eq. Inc. Fund (Mutual) | D | Distribution | L | T | | | | | |
| 10. Atlantic Whitehall Midcap Growth (Mutual) | E | Distribution | M | T | | | | | |
| 11. McDonalds Corp. (Stock) | A | Dividend | K | T | | | | | |
| 12. Foxborough MA 5.25% 11/15/09 | B | Interest | K | T | | | | | |
| 13. MA St. Turnpike Auth. 5.1% 1/1/08 (Bond) | A | Interest | | | sold | 1/14 | K | A | |
| 14. EMC Corp. MA (Stock) | | None | J | T | | | | | |
| 15. Atlantic Whitehall Midcap Growth (Mutual) | D | Distribution | K | T | | | | | |
| 16. Atlantic Whitehall Growth Fund (Mutual) | D | Distribution | K | T | | | | | |
| 17. Neuberger Berman Genesis Fund (Mutual) | D | Distribution | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period<br>(1) Amount Code 1 (A-H) | B.<br>(2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period<br>(1) Value Code 2 (J-P) | C.<br>(2) Value Method Code 3 (Q-W) | D. Transactions during reporting period<br>(1) Type (e.g., buy, sell, redemption) | D.<br>(2) Date Month - Day | D.<br>(3) Value Code 2 (J-P) | D.<br>(4) Gain Code 1 (A-H) | D.<br>(5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. LILO, LLC (Limited Liability Corp.) | E | Dividend | N | W | | | | | |
| 19. ▮▮▮▮ Blues Partners (Limited Partnership) | | None | J | T | dissolved | 12/1 | J | A | |
| 20. AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |
| 21. AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |
| 22. AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |
| 23. Citizens Bank (Savings and Checking) | A | Interest | K | W | | | | | |
| 24. Mass State Cons. MBIASERD 5.5% (Bond) 11/1/12 | C | Interest | L | T | | | | | |
| 25. Boston MA G.O. 5% 8/1/13 (Bond) | B | Interest | K | T | | | | | |
| 26. Longleaf Partners (Mutual Fund) | B | Dividend | K | T | | | | | |
| 27. Longleaf Partners (Mutual Fund) | B | Dividend | K | T | | | | | |
| 28. Dodge & Cox Stock Fund (Mutual Fund) | D | Dividend | L | T | | | | | |
| 29. MA St. HEFA 5% Partners (Bond) 7/1/07 | B | Interest | | | MATUR. SALE | 7/1 | K | | |
| 30. Brookline MA GO 5.125% (Bond) | B | Interest | K | T | | | | | |
| 31. AIM Liquid Asset MM Fund (Money Market) | A | Interest | J | T | | | | | |
| 32. Shrewsbury MA 5% 8/15/08 (Bond) | A | Interest | K | T | | | | | |
| 33. MA Wtr Poll ABTMT 5.15% 8/1/09 (Bond) | C | Interest | L | T | | | | | |
| 34. MBTA Sales Tax 5.25% 7/1/11 (Bond) | C | Interest | L | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MA Wtr Res Auth 5.25% 8/1/11 (Bond) | C | Interest | L | T | | | | | |
| 36. Norwell MA FGIC 5% 11/15/15 (Bond) | B | Interest | K | T | | | | | |
| 37. Dodge & Cox International Stock Fund (Mutual) | B | Distribution | K | T | | | | | |
| 38. First Eagle Overseas Fund (Mutual) | C | Distribution | K | T | | | | | |
| 39. Templeton Emerging Markets Fund (Mutual) | C | Distribution | J | T | | | | | |
| 40. Aim Liquid Assets MM Fund (Money Market) | A | Interest | J | T | | | | | |
| 41. Dodge & Cox International Stock Fund (Mutual) | B | Distribution | K | T | | | | | |
| 42. First Eagle Overseas Fund (Mutual) | C | Distribution | K | T | | | | | |
| 43. Templeton Emerging Markets Fund (Mutual) | B | Distribution | J | T | | | | | |
| 44. Aim Liquid Assets MM Fund (Money Market) | A | Interest | J | T | | | | | |
| 45. Dodge & Cox International Stock Fund (Mutual) | B | Distribution | K | T | | | | | |
| 46. First Eagle Overseas Fund (Mutual) | D | Distribution | K | T | | | | | |
| 47. Templeton Emerging Markets Fund (Mutual) | C | Distribution | K | T | | | | | |
| 48. Atlantic Whitehall Equity Income (mutual) | D | Distribution | M | T | buy new | 5/29 | M | | & buy 5/30 |
| 49. Mangers Time Sq. Midcap growth (mutual) | C | Distribution | L | T | buy new | 5/29 | L | | & buy 5/30 |
| 50. Atlantic Whitehall Equity Income (mutual) | C | Distribution | K | T | buy new | 5/29 | K | | & buy 5/30 |
| 51. Managers Time Sq. Midcap growth (mutual) | B | Distribution | K | T | buy new | 5/29 | K | | & buy 5/30 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

As previously reported, many of the assets owned by ▇▇▇▇ and me are held and managed by an investment advisory firm, Atlantic Trust Pell Rudman ("ATPR"). ATPR has provided the information contained in this report concerning assets in its custody. The information provided by ATPR is, to the best of my knowledge, accurate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature__

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544